United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 27, 2003**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-30046

_____

PAULA M. ZERINGUE

Plaintiff - Appellee -
Cross-Appellant

v.

UNION TEXAS PETROLEUM CORP.; ATLANTIC RICHFIELD COMPANY

Defendants - Appellants-
Cross-Appellees

_____

Appeal from the United States District Court
For the Middle District of Louisiana
99-CV-471-B
_____

Before DAVIS, JONES, BENAVIDES, Circuit Judges

PER CURIAM:[*]

For essentially the reasons stated in the district court's

May 31, 2001, Opinion, we AFFIRM.

AFFIRMED.

_____

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.